**Order filed November 18, 2011**



In The

# Fourteenth Court of Appeals

NO. 14-11-00396-CV

**DONALD AND DORIS YOUNG, Appellants**

**V.**

**DON RAYMON CLAPSADDLE, Appellee**

**On Appeal from the 10th District Court**
**Galveston County, Texas**
**Trial Court Cause No. 07CV1338**

## O R D E R

Appellants' brief was originally due August 26, 2011. After their second request for an extension, Appellant's brief was due November 30, 2011. Appellant has filed a third request for extension. Appellant's request for extension is denied.

Unless appellants submit their brief, and a motion reasonably explaining why the brief was late, to the clerk of this court on or before **January 31, 2012**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).


PER CURIAM

Order filed November 18, 2011.